UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELENA STURDZA,<br><br>              Plaintiff,<br><br>    v.<br><br>UNITED ARAB EMIRATES, *et al.*,<br><br>              Defendants. | Civil Action No. 98-2051 (BJR)<br><br>ORDER STRIKING MOTION TO STAY |

This matter is before the Court on Plaintiff Elena Sturdza's Motion to Stay All Proceedings Pending the United States Court of Appeals for the Federal Circuit's Decision (Dkt. #281)

On August 2, 2013, the Federal Circuit issued a *per curiam* Order dismissing Ms. Sturdza's appeal on the basis of Ms. Sturdza's representation in this case by a guardian ad litem. Order, *Sturdza v. United Arab Emirates*, No. 13-1435 (Fed. Cir. Aug. 2, 2013) (*per curiam*). Therefore, Ms. Sturdza's motion is **STRICKEN as MOOT.**

    **SO ORDERED.**

    August 6, 2013

                                                                           BARBARA J. ROTHSTEIN
                                                                          UNITED STATES DISTRICT JUDGE