IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELENA STURDZA,** ) | |
| ) | |
| *Plaintiff,* ) | |
| ) | |
| v. ) | No. 98-cv-2051 (BJR) |
| ) | The Hon. Barbara J. Rothstein |
| **UNITED ARAB EMIRATES,** *et al.,* ) | |
| ) | |
| *Defendants.* ) | |
| ) | |

**JOINT MOTION TO VACATE TRIAL DATES**

The parties hereby advise the Court that they have reached a resolution of the case, and request that the Court vacate the scheduled trial dates of November 18 through November 22. The parties will be available for a conference call with the Court once documentation of the terms of settlement is complete.

1

        Respectfully submitted,

        /s/ *Hamilton Loeb*
        Hamilton Loeb, Esq. (Bar No. 323618)
        Andrew R. Booth, Esq. (Bar No. 1001580)
        PAUL HASTINGS LLP
        875 15th Street, NW
        Washington, DC  20005
        202-551-1700
        *Attorneys for the United Arab Emirates*

        Nathan Lewin
        Alyza D. Lewin
        LEWIN & LEWIN LLP
        1775 Eye Street, NW, Suite 850
        Washington, DC  20006
        202-828-1000
        *Attorneys for Guardian Ad Litem*

Dated:  November 14, 2013

Case 1:98-cv-02051-BJR   Document 308   Filed 11/14/13   Page 3 of 3

## CERTIFICATE OF SERVICE

I certify that the above *Joint Motion to Vacate Trial Dates* of the UAE and Guardian *Ad Litem* was served, via PACER on November 14, 2013 on the following:

Nathan Lewin
Alyza D. Lewin
LEWIN & LEWIN LLP
1775 Eye Street, NW, Suite 850
Washington, DC  20006
202-828-1000
*Attorneys for Guardian Ad Litem*

/s/ *Hamilton Loeb*
Hamilton Loeb, Esq. (Bar No. 323618)

LEGAL_US_E # 107125502.1